UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

IN RE:  CASE NO.: 26-11284
CHAPTER 13

**Taurean E Wright,**
   Debtor.

**Leia Jermaine Wright,**
   Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2006-FLX1, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-FLX1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                    Robertson, Anschutz, Schneid & Crane LLP
                                    Attorney for Secured Creditor
                                    1 Park Plaza, Suite 600
                                    Irvine, CA 92614
                                    Telephone: 470-321-7112
                                    Facsimile: 404-393-1425

                                    By: /s/Sarah DooleyLewis
                                        Sarah DooleyLewis
                                        Email: sdooleylewis@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 2, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TAUREAN E WRIGHT
107 CACHANILLA CT
PALM DESERT, CA 92260

LEIA JERMAINE WRIGHT
107 CACHANILLA CT
PALM DESERT, CA 92260

And via electronic mail to:

NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA, CA 92626

NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA, CA 92626

ROD DANIELSON (TR)
3787 UNIVERSITY AVENUE
RIVERSIDE, CA 92501

UNITED STATES TRUSTEE (RS)
3801 UNIVERSITY AVENUE, SUITE 720
RIVERSIDE, CA 92501

By: /s/ Angela Zuelke