| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nexus Bankruptcy<br>Benjamin Heston<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

| In re:<br>**Taurean E Wright**<br>**Leia Jermaine Wright**<br><br><br><br>Debtor(s). | CASE NO.: **6:26-bk-11284-SY**<br>CHAPTER: **13**<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.  ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  03/09/2026    Taurean E Wright                                       _____
                      Printed name of Debtor 1                                Signature of Debtor 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                   Page 1                         F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  03/09/2026    Leia Jermaine Wright
                    Printed name of Debtor 2                               Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 2                              **F 1002-1.EMP.INCOME.DEC**

| Earnings Statement | | | | WRIGHT, TAUREAN EUGENE |
|---|---|---|---|---|
| Pay Date: 02/27/2026 | Company: 0UT87 - GRILL CONCEPTS SERVICES INC | | | Emp #: 9412 |
| Period Start: 02/09/2026 | 73900 DINAH SHORE DRIVE UNIT 204 | | | Dept: 6004 - RSC - Marketing |
| Period End: 02/22/2026 | PALM DESERT  CA  92211 | | | Pay Basis: Salary |

|  | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 4038.45 | 20192.25 |
| Corporate Birthday Bonus | | 0.00 | 403.85 |
| DGC Cell Phone Allowance | | 25.00 | 125.00 |
| **Gross Pay** | | **4063.45** | **20721.10** |
| **W/H Taxes** | | | |
| Federal W/H(M) | | 89.15 | 494.21 |
| Medicare | | 58.92 | 300.46 |
| Social Security | | 251.94 | 1284.71 |
| California State W/H(H/0) | | 136.92 | 723.30 |
| CaliforniaSDI Tax | | 52.82 | 269.37 |
| **Deductions** | | | |
| **Net Pay** | | **3473.70** | **17649.05**  Voucher No. 740131820DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 3473.70 | 17649.05  A/C:3099 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Flex ** (Hours) | | 24.00 | 0.00 | 24.00 |
| Sick ** (Hours) | | 47.70 | 0.00 | 47.70 |
| Vacation ** (Hours) | | 95.40 | 0.00 | 95.40 |

**Accruals balances are accurate as of processing 02/24/2026 04:15 am

---

Voucher No. 740131820DD

GRILL CONCEPTS SERVICES INC
73900 DINAH SHORE DRIVE UNIT 204            DATE: 02/27/2026
Palm Desert, CA 92211
Dept: 6004

**Net Pay:**                                                                      **3473.70**

Three Thousand Four Hundred Seventy Three And 70/100 Dollars

WRIGHT, TAUREAN EUGENE
107 CACHANILLA COURT                         **For Record Purposes Only**
PALM DESERT, CA  92260                       **\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | WRIGHT, TAUREAN EUGENE |
|---|---|---|---|---|
| Pay Date: 02/13/2026 | Company: 0UT87 - GRILL CONCEPTS SERVICES INC | | | Emp #: 9412 |
| Period Start: 01/26/2026 | 73900 DINAH SHORE DRIVE UNIT 204 | | | Dept: 6004 - RSC - Marketing |
| Period End: 02/08/2026 | PALM DESERT  CA  92211 | | | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 4038.45 | 16153.80 |
| Corporate Birthday Bonus | | | 0.00 | 403.85 |
| DGC Cell Phone Allowance | | | 25.00 | 100.00 |
| **Gross Pay** | | | **4063.45** | **16657.65** |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 89.15 | 405.06 |
| Medicare | | | 58.92 | 241.54 |
| Social Security | | | 251.93 | 1032.77 |
| California State W/H(H/0) | | | 136.92 | 586.38 |
| CaliforniaSDI Tax | | | 52.83 | 216.55 |
| **Deductions** | | | | |
| **Net Pay** | | | **3473.70** | **14175.35** Voucher No. 736151249DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 3473.70 | 14175.35 A/C:3099 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Flex ** (Hours) | | 24.00 | 0.00 | 24.00 |
| Sick ** (Hours) | | 46.16 | 0.00 | 46.16 |
| Vacation ** (Hours) | | 92.32 | 0.00 | 92.32 |

**Accruals balances are accurate as of processing 02/10/2026 04:15 am

---

Voucher No.  736151249DD

GRILL CONCEPTS SERVICES INC
73900 DINAH SHORE DRIVE UNIT 204        DATE: 02/13/2026
Palm Desert, CA 92211
Dept: 6004

**Net Pay:**                                                                                          **3473.70**

Three Thousand Four Hundred Seventy Three And 70/100 Dollars

WRIGHT, TAUREAN EUGENE
107 CACHANILLA COURT                         **For Record Purposes Only**
PALM DESERT, CA  92260                        **\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | WRIGHT, TAUREAN EUGENE |
|---|---|---|---|---|
| Pay Date: | 01/30/2026 | Company: 0UT87 - GRILL CONCEPTS SERVICES INC | | Emp #: 9412 |
| Period Start: | 01/12/2026 | 73900 DINAH SHORE DRIVE UNIT 204 | | Dept: 6004 - RSC - Marketing |
| Period End: | 01/25/2026 | PALM DESERT  CA  92211 | | Pay Basis: Salary |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 4038.45 | 12115.35 |
| Corporate Birthday Bonus | | | 0.00 | 403.85 |
| DGC Cell Phone Allowance | | | 25.00 | 75.00 |
| **Gross Pay** | | | **4063.45** | **12594.20** |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 89.15 | 315.91 |
| Medicare | | | 58.92 | 182.62 |
| Social Security | | | 251.93 | 780.84 |
| California State W/H(H/0) | | | 136.92 | 449.46 |
| CaliforniaSDI Tax | | | 52.82 | 163.72 |
| **Deductions** | | | | |
| **Net Pay** | | | **3473.71** | **10701.65** Voucher No. 732111456DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 3473.71 | 10701.65 A/C:3099 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Flex (Hours) ** | | 24.00 | 0.00 | 24.00 |
| Sick (Hours) ** | | 44.62 | 0.00 | 44.62 |
| Vacation (Hours) ** | | 89.24 | 0.00 | 89.24 |

**Accruals balances are accurate as of processing 01/27/2026 04:15 am

---

Voucher No.  732111456DD

GRILL CONCEPTS SERVICES INC
73900 DINAH SHORE DRIVE UNIT 204         DATE: 01/30/2026
Palm Desert, CA 92211
Dept: 6004

**Net Pay:**                                                                                                 **3473.71**

Three Thousand Four Hundred Seventy Three And 71/100 Dollars

WRIGHT, TAUREAN EUGENE
107 CACHANILLA COURT                         **For Record Purposes Only**
PALM DESERT, CA  92260                         **\*\*NON-NEGOTIABLE\*\***

Earnings Statement                                                                                                                    WRIGHT, TAUREAN EUGENE

| | | |
|---|---|---|
| Pay Date: 01/16/2026 | Company: 0UT87 - GRILL CONCEPTS SERVICES INC | Emp #: 9412 |
| Period Start: 12/29/2025 | 73900 DINAH SHORE DRIVE UNIT 204 | Dept: 6004 - RSC - Marketing |
| Period End: 01/11/2026 | PALM DESERT  CA  92211 | Pay Basis: Salary |

| | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 4038.45 | 8076.90 |
| Corporate Birthday Bonus | | 403.85 | 403.85 |
| DGC Cell Phone Allowance | | 25.00 | 50.00 |
| **Gross Pay** | | **4467.30** | **8530.75** |
| **W/H Taxes** | | | |
| Federal W/H(M) | | 137.61 | 226.76 |
| Medicare | | 64.78 | 123.70 |
| Social Security | | 276.98 | 528.91 |
| California State W/H(H/0) | | 175.62 | 312.54 |
| CaliforniaSDI Tax | | 58.08 | 110.90 |
| **Deductions** | | | |
| **Net Pay** | | **3754.23** | **7227.94** Voucher No. 728089759DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 3754.23 | 7227.94 A/C:3099 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Flex (Hours) ** | | 24.00 | 0.00 | 24.00 |
| Sick (Hours) ** | | 43.08 | 0.00 | 43.08 |
| Vacation (Hours) ** | | 86.16 | 0.00 | 86.16 |

**Accruals balances are accurate as of processing 01/13/2026 04:18 am

---

Voucher No.  728089759DD

GRILL CONCEPTS SERVICES INC
73900 DINAH SHORE DRIVE UNIT 204                    DATE: 01/16/2026
Palm Desert, CA 92211
Dept: 6004

**Net Pay:**                                                                                                                                         **3754.23**

Three Thousand Seven Hundred Fifty Four And 23/100 Dollars

WRIGHT, TAUREAN EUGENE
107 CACHANILLA COURT                                                                            **For Record Purposes Only**
PALM DESERT, CA  92260                                                                              **\*\*NON-NEGOTIABLE\*\***

| Earnings Statement | | | | WRIGHT, TAUREAN EUGENE |
|---|---|---|---|---|
| Pay Date: 01/02/2026 | Company: 0UT87 - GRILL CONCEPTS SERVICES INC | | | Emp #: 9412 |
| Period Start: 12/15/2025 | 73900 DINAH SHORE DRIVE UNIT 204 | | | Dept: 6004 - RSC - Marketing |
| Period End: 12/28/2025 | PALM DESERT  CA  92211 | | | Pay Basis: Salary |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 4038.45 | 4038.45 |
| DGC Cell Phone Allowance | | | 25.00 | 25.00 |
| **Gross Pay** | | | **4063.45** | **4063.45** |
| **W/H Taxes** | | | | |
| Federal W/H(M) | | | 89.15 | 89.15 |
| Medicare | | | 58.92 | 58.92 |
| Social Security | | | 251.93 | 251.93 |
| California State W/H(H/0) | | | 136.92 | 136.92 |
| CaliforniaSDI Tax | | | 52.82 | 52.82 |
| **Deductions** | | | | |
| **Net Pay** | | | **3473.71** | **3473.71**  Voucher No. 724362406DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 3473.71 | 3473.71  A/C:3099 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Sick (Hours) ** | | 41.54 | 0.00 | 41.54 |
| Vacation (Hours) ** | | 83.08 | 0.00 | 83.08 |

**Accruals balances are accurate as of processing 12/29/2025 12:46 pm

---

Voucher No.  724362406DD

GRILL CONCEPTS SERVICES INC
73900 DINAH SHORE DRIVE UNIT 204          DATE: 01/02/2026
Palm Desert, CA 92211
Dept: 6004

**Net Pay:**                                                                                         **3473.71**

Three Thousand Four Hundred Seventy Three And 71/100 Dollars

WRIGHT, TAUREAN EUGENE
107 CACHANILLA COURT                              **For Record Purposes Only**
PALM DESERT, CA  92260                              **\*\*NON-NEGOTIABLE\*\***

◇push

DATE: 2026 - 03 - 05
YYYY    MM    DD

19-7076
3250

***** $570.77

PAY: ***** 570 DOLLARS AND 77 CENTS

TO THE ORDER OF: Taurean Wright
107 Cochanilla Ct
Palm Desert, CA 92260

Re: Pacifica Cliffhouse

**Employer:** Pacifica Cliffhouse LP - 78250 Highway 111 La Quinta CA 92253 USA
**Employee Name:** Taurean Wright
**Payroll Period:** Mon Feb 16, 2026 to Sat Feb 28, 2026

**Net Pay: $570.77**

|  |  |  | Current Period |  |  | Year to Date |  |
|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earning** | **Deduction** | **Benefit** | **Earnings/Deductions** | **Benefit** |
| Regular Pay | $16.90 | 11.97 | $202.29 | - | - | $1,498.26 | - |
| Meal Break Penalty | $16.90 | 1.00 | $16.90 | - | - | $100.60 | - |
| Indirect Cash Tips | - | - | $404.35 | - | - | $2,450.62 | - |
| BNQ Banquet Earnings | - | - | $24.86 | - | - | $179.98 | - |
| Direct Cash Tips | - | - | $150.00 | - | - | $1,032.00 | - |
| Federal Income Tax | - | - | - | - | - | - | - |
| FICA Tax | - | - | - | $49.50 | - | $326.22 | - |
| Medicare Tax | - | - | - | $11.58 | - | $76.30 | - |
| CA State Tax | - | - | - | $6.17 | - | $51.95 | - |
| CA State Disability Insurance | - | - | - | $10.38 | - | $68.39 | - |
| Deduction: Direct Cash Tips Deduction | - | - | - | $150.00 | - | $1,032.00 | - |
| **Total** | **-** | **12.97** | **$798.40** | **$227.63** | **-** | **$3,706.60** | **-** |

**Other Details:**

Sick Leave    CA Bereavement

| | Hours | | Hours |
|---|---|---|---|
| Current Earned: | 0.00 hrs | Current Earned: | 0.00 hrs |
| Current Taken: | 0.00 hrs | Current Taken: | 0.00 hrs |
| Balance: | 40.00 hrs | Balance: | 40.00 hrs |

push

DATE: 2026 - 02 - 20
YYYY   MM   DD

19-7076

3250

***** $1,157.70

PAY: ***** 1,157 DOLLARS AND 70 CENTS

TO THE ORDER OF: Taurean Wright
107 Cochanilla Ct
Palm Desert, CA 92260

Re: Pacifica Cliffhouse

**Employer:** Pacifica Cliffhouse LP - 78250 Highway 111 La Quinta CA 92253 USA
**Employee Name:** Taurean Wright
**Payroll Period:** Sun Feb 1, 2026 to Sun Feb 15, 2026

**Net Pay: $1,157.70**

|  |  |  | Current Period |  |  | Year to Date |  |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Description** | **Rate** | **Hours** | **Earning** | **Deduction** | **Benefit** | **Earnings/Deductions** | **Benefit** |
| Regular Pay | $16.90 | 25.28 | $427.23 | - | - | $1,295.97 | - |
| Meal Break Penalty | $16.90 | 1.00 | $16.90 | - | - | $83.70 | - |
| Indirect Cash Tips | - | - | $788.17 | - | - | $2,046.27 | - |
| BNQ Banquet Earnings | - | - | $91.02 | - | - | $155.12 | - |
| Direct Cash Tips | - | - | $300.00 | - | - | $882.00 | - |
| Federal Income Tax | - | - | - | - | - | - | - |
| FICA Tax | - | - | - | $100.65 | - | $276.72 | - |
| Medicare Tax | - | - | - | $23.54 | - | $64.72 | - |
| CA State Tax | - | - | - | $20.33 | - | $45.78 | - |
| CA State Disability Insurance | - | - | - | $21.10 | - | $58.01 | - |
| Deduction: Direct Cash Tips Deduction | - | - | - | $300.00 | - | $882.00 | - |
| **Total** | **-** | **26.28** | **$1,623.32** | **$465.62** | **-** | **$3,135.83** | **-** |

**Other Details:**

Sick Leave        CA Bereavement

| | Hours | | Hours |
|---|---|---|---|
| Current Earned: | 0.00 hrs | Current Earned: | 0.00 hrs |
| Current Taken: | 0.00 hrs | Current Taken: | 0.00 hrs |
| Balance: | 40.00 hrs | Balance: | 40.00 hrs |

push

DATE: 2026 - 02 - 05
YYYY  MM  DD

19-7076
3250

***** $1,257.80

PAY: ***** 1,257 DOLLARS AND 80 CENTS

TO THE ORDER OF: Taurean Wright
107 Cochanilla Ct
Palm Desert, CA 92260

Re: Pacifica Cliffhouse

**Employer:** Pacifica Cliffhouse LP - 78250 Highway 111 La Quinta CA 92253 USA
**Employee Name:** Taurean Wright
**Payroll Period:** Fri Jan 16, 2026 to Sat Jan 31, 2026

**Net Pay: $1,257.80**

| Description | Rate | Hours | Current Period Earning | Deduction | Benefit | Year to Date Earnings/Deductions | Benefit |
|---|---|---|---|---|---|---|---|
| Regular Pay | $16.90 | 32.56 | $550.26 | - | - | $868.74 | - |
| Meal Break Penalty | $16.90 | 2.00 | $33.80 | - | - | $66.80 | - |
| Direct Cash Tips | - | - | $407.00 | - | - | $582.00 | - |
| Indirect Cash Tips | - | - | $801.24 | - | - | $1,258.10 | - |
| BNQ Banquet Earnings | - | - | $64.10 | - | - | $64.10 | - |
| Federal Income Tax | - | - | - | - | - | - | - |
| FICA Tax | - | - | - | $115.10 | - | $176.07 | - |
| Medicare Tax | - | - | - | $26.92 | - | $41.18 | - |
| CA State Tax | - | - | - | $25.45 | - | $25.45 | - |
| CA State Disability Insurance | - | - | - | $24.13 | - | $36.91 | - |
| Deduction: Direct Cash Tips Deduction | - | - | - | $407.00 | - | $582.00 | - |
| **Total** | **-** | **34.56** | **$1,856.40** | **$598.60** | **-** | **$1,978.13** | **-** |

**Other Details:**

Sick Leave          CA Bereavement

|  | Hours |  | Hours |
|---|---|---|---|
| Current Earned: | 0.00 hrs | Current Earned: | 0.00 hrs |
| Current Taken: | 0.00 hrs | Current Taken: | 0.00 hrs |
| Balance: | 40.00 hrs | Balance: | 40.00 hrs |

◇ push

DATE: 2026 - 01 - 20
YYYY  MM  DD

19-7076
3250

***** $221.85

PAY: ***** 221 DOLLARS AND 85 CENTS

TO THE ORDER OF: Taurean Wright
107 Cochanilla Ct
Palm Desert, CA 92260

Re: Pacifica Cliffhouse

**Employer:** Pacifica Cliffhouse LP - 78250 Highway 111 La Quinta CA 92253 USA
**Employee Name:** Taurean Wright
**Payroll Period:** Thu Jan 1, 2026 to Thu Jan 15, 2026

**Net Pay: $221.85**

|  |  | Current Period | | | | Year to Date | |
|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earning** | **Deduction** | **Benefit** | **Earnings/ Deductions** | **Benefit** |
| Regular Pay | $16.90 | 6.65 | $112.39 | - | - | $318.48 | - |
| Direct Cash Tips | - | - | $50.00 | - | - | $175.00 | - |
| Indirect Cash Tips | - | - | $136.18 | - | - | $456.86 | - |
| Federal Income Tax | - | - | - | - | - | - | - |
| FICA Tax | - | - | - | $18.51 | - | $60.97 | - |
| Medicare Tax | - | - | - | $4.33 | - | $14.26 | - |
| CA State Disability Insurance | - | - | - | $3.88 | - | $12.78 | - |
| Meal Break Penalty | - | - | - | - | - | $33.00 | - |
| Deduction: Direct Cash Tips Deduction | - | - | - | $50.00 | - | $175.00 | - |
| **Total** | **-** | **6.65** | **$298.57** | **$76.72** | **-** | **$720.33** | **-** |

**Other Details:**

| Sick Leave | | CA Bereavement | |
|---|---|---|---|
| | Hours | | Hours |
| Current Earned: | 0.00 hrs | Current Earned: | 0.00 hrs |
| Current Taken: | 0.00 hrs | Current Taken: | 0.00 hrs |
| Balance: | 40.00 hrs | Balance: | 40.00 hrs |

◇ push

DATE: 2026 - 01 - 06
YYYY  MM  DD

19-7076
3250

***** $498.48

PAY: ***** 498 DOLLARS AND 48 CENTS

TO THE ORDER OF: Taurean Wright
107 Cochanilla Ct
Palm Desert, CA 92260

Re: Pacifica Cliffhouse

**Employer:** Pacifica Cliffhouse LP - 78250 Highway 111 La Quinta CA 92253 USA
**Employee Name:** Taurean Wright
**Payroll Period:** Tue Dec 16, 2025 to Wed Dec 31, 2025

**Net Pay: $498.48**

|  |  |  | Current Period |  |  | Year to Date |  |
|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earning** | **Deduction** | **Benefit** | **Earnings/Deductions** | **Benefit** |
| Regular Pay | $16.50 | 12.49 | $206.09 | - | - | $206.09 | - |
| Meal Break Penalty | $16.50 | 2.00 | $33.00 | - | - | $33.00 | - |
| Direct Cash Tips | - | - | $125.00 | - | - | $125.00 | - |
| Indirect Cash Tips | - | - | $320.68 | - | - | $320.68 | - |
| Federal Income Tax | - | - | - | - | - | - | - |
| FICA Tax | - | - | - | $42.46 | - | $42.46 | - |
| Medicare Tax | - | - | - | $9.93 | - | $9.93 | - |
| CA State Disability Insurance | - | - | - | $8.90 | - | $8.90 | - |
| Deduction: Direct Cash Tips Deduction | - | - | - | $125.00 | - | $125.00 | - |
| **Total** | **-** | **14.49** | **$684.77** | **$186.29** | **-** | **$498.48** | **-** |

**Other Details:**

| Sick Leave |  | CA Bereavement |  |
|---|---|---|---|
|  | Hours |  | Hours |
| Current Earned: | 0.00 hrs | Current Earned: | 0.00 hrs |
| Current Taken: | 0.00 hrs | Current Taken: | 0.00 hrs |
| Balance: | 40.00 hrs | Balance: | 40.00 hrs |

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| 62M | 185050 | UA1002 | | 0012824082 | 1 |

SEQ 000273
UNITED GROUND EXPRESS INC
11555 W. TOUHY AVENUE
CHICAGO, IL 60666
855-547-8508

## Earnings Statement  ADP

| Period Beginning: | 12/14/2025 |
|---|---|
| Period Ending: | 12/27/2025 |
| Pay Date: | 01/02/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

LEIA JERMAINE WRIGHT
107 CACHANILLA CT
PALM DESERT CA 92260

Social Security Number: XXX-XX-5293

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 27.68 | 456.72 | 456.72 |
| Ca Meal Pnlty | 16.5000 | 3.00 | 49.50 | 49.50 |
| Holiday Worked | 33.0023 | 4.35 | 143.56 | 143.56 |
| **Gross Pay** | | | **$649.78** | 649.78 |

### Deductions

**Statutory**

| | | |
|---|---|---|
| Social Security Tax | -40.29 | 40.29 |
| Medicare Tax | -9.42 | 9.42 |
| CA SDI Tax | -8.45 | 8.45 |

**Other**

| | | |
|---|---|---|
| 401K | -32.49* | 32.49 |
| **Net Pay** | **$559.13** | |
| **Net Check** | **$559.13** | |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $617.29

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Spsl Remaining | 40.00 | |
| Totl Hrs Worked | 32.03 | |

**Important Notes**
COMPANY PH #:855-547-8508

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information

Taxable Marital Status:
  CA:           Single
Exemptions/Allowances:
  CA:           0

© 1998, 2006, ADP, Inc. All Rights Reserved.
TEAR HERE

```
CO.   FILE    DEPT.  CLOCK  NUMBER
62M   185050  UA1002         0012851650  1
                    SEQ 000465
UNITED GROUND EXPRESS INC
11555 W. TOUHY AVENUE
CHICAGO, IL 60666
855-547-8508
```

## Earnings Statement

**ADP**

Period Beginning:  01/25/2026
Period Ending:     02/07/2026
Pay Date:          02/13/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

LEIA JERMAINE WRIGHT
107 CACHANILLA CT
PALM DESERT CA 92260

Social Security Number: XXX-XX-5293

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.9000 | 19.37 | 327.35 | 1,268.65 |
| Ca Meal Pnlty | | | | 66.00 |
| Holiday Worked | | | | 143.56 |
| **Gross Pay** | | | **$327.35** | 1,478.21 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -20.30 | 91.65 |
| | Medicare Tax | -4.74 | 21.43 |
| | CA SDI Tax | -4.26 | 19.22 |
| | Other | | |
| | 401K | -16.37* | 73.92 |
| | **Net Pay** | **$281.68** | |
| | **Net Check** | **$281.68** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $310.98

**Other Benefits and Information** — this period — total to date
Spsl Remaining — 40.00
Totl Hrs Worked — 19.37

**Important Notes**
COMPANY PH #:855-547-8508

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:    Single
Exemptions/Allowances:
  CA:    0

© 1998, 2006. ADP, Inc. All Rights Reserved.

| CO. | FILE | DEPT. | CLOCK NUMBER | | |
|---|---|---|---|---|---|
| 62M | 185050 | UA1002 | 0012860526 | 1 | |

SEQ 000277
UNITED GROUND EXPRESS INC
11555 W.TOUHY AVENUE
CHICAGO,IL 60666
855-547-8508

**Earnings Statement**  ADP

Period Beginning:  02/08/2026
Period Ending:    02/21/2026
Pay Date:         02/27/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

LEIA JERMAINE WRIGHT
107 CACHANILLA CT
PALM DESERT CA 92260

Social Security Number: XXX-XX-5293

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.9000 | 25.23 | 426.39 | 1,695.04 |
| Ca Meal Pnlty | 16.9000 | 1.00 | 16.90 | 82.90 |
| Shift Diff 1 | 16.9000 | 4.60 | 77.74 | 77.74 |
| Holiday Worked | | | | 143.56 |
| **Gross Pay** | | | **$521.03** | 1,999.24 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Spsl Remaining | 40.00 | |
| Totl Hrs Worked | 29.83 | |

**Important Notes**
COMPANY PH #:855-547-8508

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -32.30 | 123.95 |
| Medicare Tax | | -7.56 | 28.99 |
| CA SDI Tax | | -6.77 | 25.99 |
| Other | | | |
| 401K | | -26.05* | 99.97 |
| **Net Pay** | | **$448.35** | |
| **Net Check** | | **$448.35** | |

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:           Single
Exemptions/Allowances:
  CA:           0

* Excluded from federal taxable wages
Your federal taxable wages this period are $494.98

© 1998, 2006. ADP, Inc. All Rights Reserved.
© 2000 ADP, Inc.
TEAR HERE