Shana Stark (SBN 171555)
sstark@raslg.com
David Coats (SBN 295684)
dacoats@raslg.com
**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: (470) 321-7112

Attorneys for Creditor
*Onity Mortgage Corporation f/k/a PHH Mortgage Corporation*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>Taurean E Wright and<br><br>Leia Jermaine Wright,<br><br>Debtors. | Case No. 6:26-bk-11284-SY<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION**<br><br>---<br><br>**CONFIRMATION HEARING:**<br><br>---<br><br>DATE: May 19, 2026<br>TIME: 1:30 PM<br>PLACE: 3420 Twelfth Street,<br>Riverside, CA 92501<br>CTRM: 302<br>JUDGE: Scott H. Yun |

Onity Mortgage Corporation f/k/a PHH Mortgage Corporation (collectively the "Creditor"), secured creditor of the above-entitled debtors, Taurean E Wright and Leia Jermaine Wright ("Debtors"), hereby objects to confirmation of the Chapter 13 Plan filed by the Debtor in the above-referenced matter. The basis of the objection is stated below: [1]

---

[1] This objection shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Robertson, Anschutz, & Schneid's participation in this proceeding. Moreover, the within party does not authorize Robertson, Anschutz, & Schneid, either

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGNAIZATION**

## I.  STATEMENT OF FACTS[2]

On or about July 5, 2006, Jean Baranowski ("Baranowski") executed a promissory note in the original principal sum of $645,00.00 (the "Note") which was made payable to INDYMAC BANK, F.S.B. ("Lender"). The Note was and remains secured by a recorded deed of trust (the "Deed of Trust") encumbering the real property located at 107 Cachanilla Court, Palm Desert, CA 92260 (the "Subject Property"). Subsequently, Lender's beneficial interest under the Deed of Trust was transferred to Creditor.

On February 24, 2026, Debtor filed the instant Chapter 13 bankruptcy petition in the United States Bankruptcy Court.

Creditor filed its proof of claim ("Proof of Claim") on April 30, 2026 at number 16-1. The Proof of Claim shows a total debt of $679,211.32, and total pre-petition arrearages of $161,275.93.

On March 10, 2026, Debtor filed their Chapter 13 Plan ("Plan"). Creditor now objects to confirmation thereof.

## A.  DEBTOR'S CHAPTER 13 PLAN CANNOT BE CONFIRMED IT IS NOT FEASIBLE

Debtor's Plan is not feasible. Total pre-petition arrears are $161,275.93, which, over a 36-month plan term, would require payments of $4,479.88/month. Further, Debtor did not include his ongoing mortgage payments in his Schedule J net income calculations. Ongoing monthly mortgage payments are $3,912.49/month. Debtor's net income must therefore be at least $8,392.37/month. However, per Debtor's Schedule J, Debtor's net income is only $1,276.55/month. The Plan is therefore not feasible and cannot be confirmed.

---

expressly or impliedly through Robertson, Anschutz, & Schneid's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

[2] Pursuant to Rules 201(b) and 201(d) of the Federal Rules of Evidence, which are made applicable to this proceeding by Rule 9017 of Federal Rules of Bankruptcy Procedure, Creditor requests that the Court take judicial notice of the sworn bankruptcy schedules and other relevant documents filed in the instant case.

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGNAIZATION**

Additionally, while the plan provides for Creditor's claim in Class 2, the plan fails to specify whether the Trustee or Debtor will be the post-petition disbursing agent.

Further, the Plan provides for Creditor's claim in Section 1(E), which is improper. That section is reserved for claims secured by personal property, while Creditor's claim is secured by real property.

Finally, although Creditor is provided for in Class 2, the "none" box is improperly checked. It is therefore unclear whether Debtor intends to make ongoing mortgage payments pending the sale of the Subject property by month 6.

For all the foregoing reasons, the Plan cannot be confirmed.

**WHEREFORE**, Creditor respectfully requests:

1. That the Court deny confirmation of the Debtor's Plan;

2. For such other and further relief as this court deems just and proper

Respectfully submitted,

**ROBERTSON, ANSCHUTZ, SCHNEID, & CRANE LLP**

Dated: May 5, 2026

/s/ David Coats
David Coats
Attorneys for *Onity Mortgage Corporation f/k/a PHH Mortgage Corporation*

- 3 - CASE NO. 6:26-BK-11284-SY

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGNAIZATION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
ROBERTSON, ANSCHUTZ, SCHNEID & CRANE, LLP / 1 PARK PLAZA, SUITE 600, IRVINE, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): _____
OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/05/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
  BENJAMIN HESTON: BHESTONECF@GMAIL.COM
  UNITED STATES TRUSTEE (RS): 3801 UNIVERSITY AVENUE, SUITE 720, RIVERSIDE, CA 92501
  ROD DANIELSON (TR): 3787 UNIVERSITY AVENUE, RIVERSIDE, CA 92501

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __05/05/2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
  TAUREAN WRIGHT: 107 CACHANILLA CT., PALM DESERT, CA 92260-3159

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/05/2026 | DAVID COATS | | /S/ DAVID COATS |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**