United States Bankruptcy Court

Central District of California

In re:                                                                          Case No. 26-11284-SY

Taurean E Wright                                                                Chapter 13

Leia Jermaine Wright

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6                        User: admin                              Page 1 of 3

Date Rcvd: May 13, 2026                     Form ID: van155                          Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Taurean E Wright, Leia Jermaine Wright, 107 Cachanilla Ct, Palm Desert, CA 92260-3159 |
| 42948281 | | Jean Baranowski, 78-365 Highway 111 #123, La Quinta, CA 92253-2071 |
| 43073267 | + | Onity Mortgage Corporation, ATTN: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 42948283 | | SunPower, PO Box 91910, Sioux Falls, SD 57109-1910 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: CALTAX.COM | May 14 2026 05:00:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: RASEBN@raslg.com | May 14 2026 01:04:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | May 14 2026 01:04:00 | PHH Mortgage Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 42948270 | | EDI: MAXMSAIDV | May 14 2026 05:00:00 | Aidvantage / Department of Education, PO Box 300001, Greenville, TX 75403-3001 |
| 43080491 | + | EDI: MAXMSAIDV | May 14 2026 05:00:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 42948271 | | Email/PDF: MarletteBKNotifications@resurgent.com | May 14 2026 01:07:49 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 42948272 | | EDI: CAPONEAUTO.COM | May 14 2026 05:00:00 | Capital One Auto Finance, PO Box 60511, City Industry, CA 91716-0511 |
| 43003351 | + | EDI: AISACG.COM | May 14 2026 05:00:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 42965700 | | EDI: CAPITALONE.COM | May 14 2026 05:00:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 42948273 | | EDI: CAPITALONE.COM | May 14 2026 05:00:00 | Capital One by AIS InfoSource, PO Box 71083, Charlotte, NC 28272-1083 |
| 42948274 | ^ | MEBN | May 14 2026 01:00:42 | Cherry Technology, 2261 Market St Pmb 4869, San Francisco, CA 94114-1612 |
| 42948275 | | EDI: CITICORP | May 14 2026 05:00:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: van155 | Total Noticed: 32 |

| 43081063 | EDI: CITICORP | May 14 2026 05:00:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
|---|---|---|---|
| 42948276 | EDI: WFNNB.COM | May 14 2026 05:00:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 42948277 | EDI: EDD.COM | May 14 2026 05:00:00 | Employment Development Dept., Bankruptcy Group MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| 42948278 | EDI: CALTAX.COM | May 14 2026 05:00:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 42948279 | EDI: LCIICSYSTEM | May 14 2026 05:00:00 | IC System, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 42948280 | EDI: IRS.COM | May 14 2026 05:00:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 43029864 | EDI: JEFFERSONCAP.COM | May 14 2026 05:00:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 43040584 | + Email/PDF: resurgentbknotifications@resurgent.com | May 14 2026 01:07:53 | LVNV Funding, LLC- Resurgent Capital Services, LP, PO Box 10587, Greenville, SC 29603-0587 |
| 42948282 | EDI: LCIPHHMRGT | May 14 2026 05:00:00 | PHH Mortgage Corporation, Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 43064552 | EDI: Q3G.COM | May 14 2026 05:00:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 42963427 | EDI: Q3G.COM | May 14 2026 05:00:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 42956132 | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2026 01:07:49 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42948284 | EDI: SYNC | May 14 2026 05:00:00 | Synchrony, PO Box 965036, Orlando, FL 32896-5036 |
| 42967945 | EDI: AIS.COM | May 14 2026 05:00:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 42948285 | + EDI: TDBANKNORTH.COM | May 14 2026 05:00:00 | TD Bank, 4140 Church Rd, Mount Laurel, NJ 08054-2221 |
| 42965800 | ^ MEBN | May 14 2026 01:00:59 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 43079849 | *+ | Onity Mortgage Corporation, ATTN: Bankruptcy Department, PO Box 24605, West Palm beach FL 33416-4605 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0973-6                        User: admin                        Page 3 of 3
Date Rcvd: May 13, 2026                     Form ID: van155                     Total Noticed: 32

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Leia Jermaine Wright bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Taurean E Wright bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Coats | on behalf of Creditor PHH Mortgage Corporation dacoats@raslg.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Sarah Arlene Dooley-Lewis | on behalf of Creditor Deutsche Bank National Trust Company sdooleylewis@raslg.com |
| Sarah Arlene Dooley-Lewis | on behalf of Creditor PHH Mortgage Corporation sdooleylewis@raslg.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 7

FORM CACB van155–od13vdr
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
# OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(1) and 1307(b)]

**DEBTOR INFORMATION:**
Taurean E Wright

**BANKRUPTCY NO.** 6:26–bk–11284–SY

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1699
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 5/13/26

**JOINT DEBTOR INFORMATION:**
Leia Jermaine Wright

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–5293
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** N/A
**Address:**
107 Cachanilla Ct
Palm Desert, CA 92260–3159

Based on debtor's request and because debtor has willfully failed to abide by orders of the court or has willfully failed to appear before the court in proper prosecution of the case, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law; and

(3)  debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

Debtor Taurean Wright is dismissed with 180 day bar
Joint Debtor Leia Wright will be a straight dismissal

Dated: May 13, 2026

BY THE COURT,

**Scott H. Yun**
United States Bankruptcy Judge

Form van155–od13vdr Rev. 06/2017

**22 – 19 / SM6**