JEAN BARANOWSKI
78365 Highway 111, #123
La Quinta, CA 92253
TEL: 760-333-7499
Fax Number: None
Email: support@moneywiser.com

JEAN BARANOWSKI, IN PRO PER

**UNITED STATE BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re: | Case No.: 6: 26-BK-11284-SY |
|---|---|
| TAUREAN E WRIGHT<br><br>LEIA JAMAINE WRIGHT<br><br><br>Debtors | **EMERGENCY OBJECTION TO THE DISCHARGE OF THE TRUSTEE FROM THIS CASE PURSUANT TO 11 U.S.C. § 350(a); FRBP 5009; 11 U.S.C. § 362(a)(3)]**<br><br>**SUBJECT PROPERTY:**<br>107 CACHANILLA CT<br>PALM DESERT California 92260<br><br>**CONFIRMATION HEARING:**<br>DATE: AUGUST 18,2026<br>TIME: 01:30 PM<br>PLACE: 3420 Twelfth St., Riverside, CA 92501<br>CTRM: 302<br>JUDGE: Scott H. Yun |

**TO THE HONORABLE BANKRUPTCY COURT:**

**NOTE THAT,** JEAN BARANOWSKI, Moving Party, Pro Per, an interested party, and creditor of Debtors, TAUREAN E WRIGHT AND LEIA JAMAINE WRIGHT (and"Debtors") and true owner of the property located at 107 Cachanilla Court, Palm Desert, CA 92260, hereby objects to the discharge of the trustee from this case for the following reason:

EMERGENCY OBJECTION TO THE DISCHARGE OF THE TRUSTEE FROM THIS CASE..

This objection is based upon newly discovered, evidence of certified public documents recorded and filed with the Riverside County Recorder's Office, 107 Cachanilla Court, Palm Desert, CA 92260 revealed transfer executed March 27, 2026 while the automatic stay was in full effect, and active .Unauthorized Grand Deed Insrument # 2026-0148043 Exhibit A

**I.   STATEMENT OF FACTS**

**Discovery of Unauthorized Post-Petition Transfe**

1. On or about June 3, 2026, Moving Party, Jean, Baranowski a party in interest and senior secured creditor, discovered an unauthorized post-petition transfer. Moving Party hereby objects to the Trustee's application for discharge from the case pursuant to **11 U.S.C. § 350(a)** and **FRBP 5009**. Certified public records reveal that during the pendency of the automatic stay, and prior to the creditors meeting 4/8/2026 the Debtors, along with Debtors Council and **participating third-party entities**, engaged in an unauthorized post-petition transfer of title of the estate's primary real property asset without Court orderr Trustee approval. and notification to ceditors. A copy of the recorded Grant Deed is attached hereto as **Exhibit A.**

2. **LEGAL AUTHORITY :**

**Legal Authority: Severe Cloud on Title and Stay Violation**

The unauthorized Grant Deed was executed on March 27, 2026, and recorded on May 14, 2026. The execution of this deed constitutes an unlawful exercise of control over property of the bankruptcy estate in direct violation of the automatic stay pursuant to 11 U.S.C. § 362(a)(3). Because an unauthorized transfer occurred, the estate has not been fully or properly administered under 11 U.S.C. § 350(a). The recording of this instrument has

EMERGENCY OBJECTION TO THE DISCHARGE OF THE TRUSTEE FROM THIS CASE..

resulted in an immediate, severe cloud on the title, directly compromising Moving Party's senior lien rights.

### 3. ARGUMENT AND RELIEF

**Argument and Relief Requested: Hold Trustee Discharge in Abeyance**

Because the estate contains an unresolved, void post-petition transfer, the Trustee cannot be discharged and the case cannot be safely closed. Moving Party is actively filing a Motion to Reopen/Stay Status Hearing, targeted for August 8, 2026, to address these specific title issues and stay violations. Moving Party respectfully requests that the Court order the Trustee to hold the closing of this case and the Trustee's discharge in abeyance to maintain the status quo until the Court can formally review the matter next month.

Respectfully submitted

Dated: July, 10, 2026

JEAN BARANOWSKI
Moving Partym, Creditor
In Pro Per

EMERGENCY OBJECTION TO THE DISCHARGE OF THE TRUSTEE FROM THIS CASE..

# EXHIBIT "A"

**RECORDING REQUESTED BY:**
First American Title Company

**MAIL TAX STATEMENT
AND WHEN RECORDED MAIL DOCUMENT TO:**
Judeah Abaya
31700 Avenida Del Padre
Cathedral City, CA 92234

DOC # 2026-0148043
05/14/2026 03:40 PM Fees: $17.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: ELENA #448

_____ Space Above This Line for Recorder's Use Only _____

# GRANT DEED

A.P.N.: 624-400-025          T.R.A. No.018-312          File No.: RIW-7203031 (db)

The Undersigned Grantor(s) Declare(s): DOCUMENTARY TRANSFER TAX $1,072.50; CITY TRANSFER TAX $0.00;

[ x ]   computed on the consideration or full value of property conveyed, OR

[   ]   computed on the consideration or full value less value of liens and/or encumbrances remaining at time of sale,

[   ]   unincorporated area; [ x ] City of Palm Desert, and

[   ]   Survey Monument Preservation Fee

EXEMPT FROM BUILDING HOMES AND JOBS ACTS FEE PER GOVERNMENT CODE 27388.1(a)(2)

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **Taurean Eugene Wright**

hereby GRANTS to **Judeah Abaya, a single woman**

the following described property in the City of **Palm Desert**, County of **Riverside**, State of **California**:

Lot 25 of Tract 28590-1, in the City of Palm Desert, County of Riverside, State of California, as per map recorded in Book 297, Page(s) 13 through 15, inclusive, of Maps, in the office of the County Recorder of said county.

Mail Tax Statements To:  **SAME AS ABOVE**

--------------------------------------------------------------------------------------------------------------

A

DOC #2026-0148043  Page 2 of 2

Grant Deed - continued      File No.: **RIW-72030304(db)**

Dated: March 27, 2026

Taurean Eugene Wright

A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

STATE OF ___California___ )SS

COUNTY OF · ___Riverside___ )

On ___March 27, 2026___ before me, ___Tonya Given,___ , Notary Public, personally appeared
___Taurean Eugene Wright___
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the
instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.                      *This area for official notarial seal.*

_____
Notary Signature

TONYA GIVEN
COMM. #2406141
NOTARY PUBLIC • CALIFORNIA
RIVERSIDE COUNTY
Commission Expires JUNE 24, 2029

Page 2

A-1

This must be in red to be a
"CERTIFIED COPY"

I hereby certify the foregoing instrument to
which this stamp has been affixed consisting
of __2__ pages to be a full, true and
correct copy of the original on file and
of record in my office.

III

_Peter Aldana_

Assessor - County Clerk - Recorder

County of Riverside, State of California

JUN 0 3 2026

Dated:_____

Certification must be in red to be a
"CERTIFIED COPY"

A-2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
73365 Highqay 111, #123, La Quinta, CA 92253


A true and correct copy of the foregoing document entitled (*specify*): <u>EMERGENCY OBJECTION TO THE DISCHARGE</u>
<u>OF THE TRUSTEE FROM THIS CASE PURSUANT TO 11U.S.C. S. 350(a); FRBP 5009; 11 U.S.C. S 362(a)(3)</u>
<u>Case No.: 6: 26-BK-11284-SY</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>07/10/2026</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


   BENJAMIN HESTON bhestonecf@gmail.com. benheston@recap.email,
   Joanne Ashimoto@firstam.com
   servicing@movement.com
   FAX! TRUSTEE :

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.




☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>07/10/2026</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.



☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

<u>07/10/2026</u>    <u>William Baranowski</u>
Date                    Printed Name                                     Signature

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**