**UST Form 101--FR- (09/01/2009)**