ROD DANIELSON, Chapter 13 Trustee
3787 University Avenue
Riverside, CA   92501
(951) 826-8000   FAX (951) 826-8090

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

|  |  |
|---|---|
| In re:<br><br>TAUREAN E WRIGHT<br><br>LEIA JERMAINE WRIGHT,<br><br>            Debtors. | Case No. 6:26-bk-11284-SY<br><br>Chapter 13<br><br>WITHDRAWAL OF BLANK DOCUMENT<br>(DOCKET #29 LABELED FINAL REPORT<br><br>(No hearing required) |

The Chapter 13 Trustee hereby withdraws the blank document at docket #29 erroneously labeled final report and account filed July 15, 2026.


7/15/26                                    /s/ Rod Danielson