JEAN BARANOWSKI
78365 Highway 111, #123
La Quinta, CA 92253
TEL: 760-333-7499
Fax Number: None
Email: support@moneywiser.com

JEAN BARANOWSKI, IN PRO PER

## UNITED STATE BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re: | Case No.: 6: 26-BK-11284-SY |
|---|---|
| TAUREAN E WRIGHT | **NOTICE OF HEARING ON CREDITOR JEAN BARANOWSKI'S EMERGENCY OBJECTION TO THE DISCHARGE OF THE TRUSTEE FROM THIS CASE** |
| LEIA JAMAINE WRIGHT | |
| Debtors | {FILED PURSUANT TO LBR 9013-1} |
| | **SUBJECT PROPERTY:** 107 CACHANILLA CT PALM DESERT California 92260 |
| | **NOTICE OF HEARING:** DATE: AUGUST 18,2026 TIME: 01:30 PM PLACE: 3420 Twelfth St., Riverside, CA 92501 CTRM: 302 JUDGE: Scott H. Yun |

TO THE DEBTORS, THE DEBTORS COUNSEL, THE TRUSTEE, FIRST AMERICAN TITLE, MOVEMENT MORTGAGE, AND ALL PARTIES IN INTEREST

NOTICE OF HEARING ON CREDITOR JEAN BARANOWSKI'S EMERGENCY OBJECTION TO THE DISCHARGE OF THE TRUSTEE FROM THIS CASE

1.  NOTICE IS HEREEBY GIVEN that a hearing has been scheduled before the United States Bankruptcy Judge Scott Yun on August 18, **2026, at** : 01:30 PM in Courtroom 302 of the United States Bankruptcy Court Central District of California Riverside Division, located at 3420 Twelfth Street, Riverside, CA 92501.

2.  THE PURPOSE OF THE HEARING is to hear and rule upon the Emergency Objection/Motion filed by Creditor Jean Baranowski requesting that the Court block the Trustee's discharge of this case.

3.  RESPONSE DEADLINE: Pursuant to Court rules 9013-1(f) any party wishing to oppose the relief requested by Creditor Jean Baranowski must file a written opposition with this Court and serve a copy by email **to:** support@moneywiser.com on Jean Baranowski at least fourteen (14) days prior to the scheduled hearing date. If no opposition is filed; the Court may grant the Creditor's request without further hearing.

Respectfully submitted

Dated: July, 16, 2026

*Jean Baranowski*

JEAN BARANOWSKI
Moving Party, Creditor,
In Pro Per

NOTICE OF HEARING ON CREDITOR JEAN BARANOWSKI'S EMERGENCY OBJECTION TO
THE DISCHARGE OF THE TRUSTEE FROM THIS CASE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
78365 Highqay 111, #123, La Quinta, CA 92253

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF HEARING ON CREDITOR JEAN BAR/
EMERGENCY OBJECTION TO THE DISCHARGE OF THE TRUSTEE FROM THIS CASE No:.6: 26-BK11284-SY

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) __07/16/2026__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/16/2026 | William Baranowski | _William Baranowski_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          **F 9013-3.1.PROOF.SERVICE**

# SERVICE LIST

## In re: TAUREAN E WRIGHT ,LEIA JAMAINE WRIGHT
**UNITED STATE BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE- DIVISION**

### Case: 6:26-11284-SY

Taurean E Wright
Leia  Jamaine Wright
107 Cachanilla Court,
Palm Dessert, CA 92260

**Debtor's Counsel**

Nexus Bankruptcy
Benjamin Hesto
3090 Bristol Street
Costa Mesa, CA 92626
Phone: (949) 312-1377
**Email: ben@nexusbk.com**

**Bankruptcy Chapter 13 Trustee**
Rod Danielson,
3787 University Avenue
Riverside, CA 92501
951-826-8000
**Email:rodd@rodan13.com**

**Third Party Entities**

First American Title Company
2 First American Way
Santa Ana, CA 92707
National Claims  intake Center
888-632-1642
**Email:Titleclaims@firstam.com**

Movement Mortgage LLC
9726 OLD BAILES ROAD, SUITE 200
FORT MILL, SC 29707
888-589-4416
**Email:servicing@movement.com**