Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**NEXUS BANKRUPTCY**
**Benjamin Heston (SBN 297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377 | Fax: 949.288.2054
ben@nexusbk.com

☐ *Individual appearing without an attorney*
☒ Attorney for: Debtors

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

In re:
**TAUREAN E. WRIGHT and**
**LEIA JERMAINE WRIGHT**

Debtor(s)

**CASE NO.: 6:26-bk-11284-SY**

**CHAPTER: 13**

**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**
**CREDITOR JEAN BARANOWSKI'S EMERGENCY OBJECTION TO DISCHARGE OF THE TRUSTEE FROM THIS CASE PURSUANT TO 11 U.S.C. § 350(a); FRBP 5009; 11 U.S.C. § 362(a)(3), DOCKET #27**

PLEASE TAKE NOTE that the order titled **ORDER OVERRULING CREDITOR JEAN BARANOWSKI'S EMERGENCY OBJECTION TO DISCHARGE OF THE TRUSTEE FROM THIS CASE PURSUANT TO 11 U.S.C. § 350(a); FRBP 5009; 11 U.S.C. § 362(a)(3)**

was lodged on (date) **8/25/2026** and is attached. This order relates to the objection at **Docket #27**.

**NEXUS BANKRUPTCY**
**Benjamin Heston (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

In re:

**TAUREAN E. WRIGHT and**

**LEIA JERMAINE WRIGHT,**

Debtors.

**Case No. 6:26-bk-11284-SY**

**Chapter 13**

**ORDER OVERRULING CREDITOR JEAN BARANOWSKI'S EMERGENCY OBJECTION TO DISCHARGE OF THE TRUSTEE FROM THIS CASE PURSUANT TO 11 U.S.C. § 350(a); FRBP 5009; 11 U.S.C. § 362(a)(3)**

**Hearing Date:** August 18, 2026
**Time:** 1:30 p.m.
**Courtroom:** 302
**Judge:** Hon. Scott H. Yun

On August 18, 2026, at 1:30 p.m., the Court held a hearing on Creditor Jean Baranowski's Emergency Objection to Discharge of the Trustee from this Case Pursuant to 11 U.S.C. § 350(a); FRBP 5009; 11 U.S.C. § 362(a)(3) [Dkt. No. 27] (the "Objection"). Appearances were made as stated on the record. The Court considered the Objection, the Debtors' opposition, the record in this case, and the arguments presented at the hearing.

For the reasons stated on the record, IT IS ORDERED that Creditor Jean Baranowski's Objection is OVERRULED.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3090 Bristol Street #400, Costa Mesa, CA 92626.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **8/25/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David Coats dacoats@raslg.com
Rod Danielson (TR) notice-efile@rodan13.com
Sarah Arlene Dooley-Lewis sdooleylewis@raslg.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **8/25/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge Scott H. Yun**
**3420 Twelfth Street**
**Suite 345 / Courtroom 302**
**Riverside, CA 92501-3819**

**Jean Baranowski**
**78365 Highway 111 #123**
**La Quinta, CA 92253**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **8/25/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Jean Baranowski – support@moneywiser.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 8/25/2026 | Benjamin Heston | /s/Benjamin Heston |
| *Date* | *Printed Name* | *Signature* |