NEXUS BANKRUPTCY
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorneys for Debtors

FILED & ENTERED

AUG 27 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>TAUREAN E. WRIGHT and<br><br>LEIA JERMAINE WRIGHT,<br><br>Debtors. | Case No. 6:26-bk-11284-SY<br><br>Chapter 13<br><br>**ORDER OVERRULING CREDITOR JEAN BARANOWSKI'S EMERGENCY OBJECTION TO DISCHARGE OF THE TRUSTEE FROM THIS CASE PURSUANT TO 11 U.S.C. § 350(a); FRBP 5009; 11 U.S.C. § 362(a)(3)**<br><br><u>Hearing</u>:<br>Date: August 18, 2026<br>Time: 1:30 p.m.<br>Courtroom: 302<br>Judge: Hon. Scott H. Yun |

On August 18, 2026 at 1:30 p.m., the court held a hearing on the Emergency Objection to the Discharge of the Trustee from this Case Pursuant to 11 U.S.C. § 350(a); FRBP 5009; 11 U.S.C. § 362(a)(3) (the "Objection") [Docket no. 27] filed on July 10, 2026 by Jean Baranowski. Appearances were made as stated on the record. The court having considered the Objection, the Debtors' Opposition to Jean Baranowski's Emergency Objection to the Discharge of the Trustee from this Case Pursuant to 11 U.S.C. §350(a); FRBP 5009; 11 U.S.C. §362(a)(3), the record in this case, and the arguments presented at the hearing, for the reasons stated on the record at the hearing,

///

IT IS ORDERED that the Objection is overruled.

###

Date: August 27, 2026

Scott H. Yun
United States Bankruptcy Judge