United States Bankruptcy Court

Central District of California

In re:
Taurean E Wright
Leia Jermaine Wright
Debtors

Case No. 26-11284-SY
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-6 User: admin Page 1 of 2
Date Rcvd: Aug 27, 2026 Form ID: pdf042 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Taurean E Wright, Leia Jermaine Wright, 107 Cachanilla Ct, Palm Desert, CA 92260-3159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Leia Jermaine Wright bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Taurean E Wright bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David Coats | on behalf of Creditor PHH Mortgage Corporation dacoats@raslg.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Sarah Arlene Dooley-Lewis | on behalf of Creditor PHH Mortgage Corporation sdooleylewis@raslg.com |
| Sarah Arlene Dooley-Lewis | on behalf of Creditor Deutsche Bank National Trust Company sdooleylewis@raslg.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 7

NEXUS BANKRUPTCY
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorneys for Debtors

FILED & ENTERED

AUG 27 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>TAUREAN E. WRIGHT and<br><br>LEIA JERMAINE WRIGHT,<br><br>Debtors. | Case No. 6:26-bk-11284-SY<br><br>Chapter 13<br><br>**ORDER OVERRULING CREDITOR JEAN BARANOWSKI'S EMERGENCY OBJECTION TO DISCHARGE OF THE TRUSTEE FROM THIS CASE PURSUANT TO 11 U.S.C. § 350(a); FRBP 5009; 11 U.S.C. § 362(a)(3)**<br><br>Hearing:<br>Date: August 18, 2026<br>Time: 1:30 p.m.<br>Courtroom: 302<br>Judge: Hon. Scott H. Yun |

On August 18, 2026 at 1:30 p.m., the court held a hearing on the Emergency Objection to the Discharge of the Trustee from this Case Pursuant to 11 U.S.C. § 350(a); FRBP 5009; 11 U.S.C. § 362(a)(3) (the "Objection") [Docket no. 27] filed on July 10, 2026 by Jean Baranowski. Appearances were made as stated on the record. The court having considered the Objection, the Debtors' Opposition to Jean Baranowski's Emergency Objection to the Discharge of the Trustee from this Case Pursuant to 11 U.S.C. §350(a); FRBP 5009; 11 U.S.C. §362(a)(3), the record in this case, and the arguments presented at the hearing, for the reasons stated on the record at the hearing,

///

IT IS ORDERED that the Objection is overruled.

###

Date: August 27, 2026

Scott H. Yun
United States Bankruptcy Judge